UNITED STATES BANKRUPTCY COURT

# PAEBK

IN RE:

ALAN RICHARD JACKSON

Debtor.

Bankruptcy Case No. 2:2025BK13216

Chapter 7

## A. DEBTOR'S AMENDMENT

- [ ] Voluntary Petition
- [✓] Schedule A/B
- [✓] Schedule C
- [ ] Schedule D
- [ ] Schedule E/F
- [ ] Schedule G
- [ ] Schedule H
- [ ] Schedule I
- [ ] Schedule J
- [✓] Declaration of Schedules
- [✓] Summary of Your Assets & Liabilities
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] Statement of Current Monthly Income
- [ ] Statement About Your Social Security Numbers
- [ ] Creditor Matrix Validation

- [ ] Other Documents: _____
- [ ] I am including a $34 filing fee for my changes to Schedule D, Schedule E/F, or the list of creditors.

## B. DEBTOR'S SWORN DECLARATION

I declare under penalty of perjury that I have read this document and the attached amendments, and that they are true and correct to the best of my knowledge, information, and belief.

Dated: 8/18/2025   Signature: _____

## C. CERTIFICATION OF SERVICE

I, __ALAN RICHARD JACKSON__, certify that on 8/18/25, I mailed this document and the attached amendments by first-class mail to my bankruptcy trustee ROBERT H. HOLBER, ROBERT H. HOLBER PC, 41 EAST FRONT STREET, MEDIA, PA 19063. I declare under penalty of perjury that the statements made in this certification of service are true and correct.

Dated: 8/18/2025   Signature: _____