WWR# 041896780

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
AT PHILADELPHIA

| | |
|---|---|
| IN RE: | CASE NO. 25-13216 |
| ALAN RICHARD JACKSON | CHAPTER 7 |
| | JUDGE ASHELY M. CHAN |
| DEBTOR(S) | |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Katelynn Taylor
Katelynn Taylor
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 21st day of August, 2025 addressed to:

ROBERT H HOLBER, Trustee
41 E FRONT ST
MEDIA, PA 19063

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

ALAN RICHARD JACKSON
PO BOX 5102
PHILADELPHIA, PA 19141

 

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Katelynn Taylor
Katelynn Taylor
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com